# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GARY LEON WEBSTER**                                          **PLAINTIFF**
**ADC #114018**

**v.**                          **No. 3:22-cv-00083-DPM**

**DOE, Managing Editor,**
**Ops Director, KAIT TV, Channel 8**                        **DEFENDANT**

### ORDER

1.  Webster is a three-striker.  Before filing this lawsuit, Webster had at least three cases dismissed for failing to state a claim.  *E.g.*, *Webster v. Does*, 3:19-CV-00059-DPM; *Webster v. Pigg*, 3:19-CV-00060-DPM; and *Webster v. Day Inn Motels, Inc., et al.*, 3:19-CV-78-DPM. Nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  His complaint will therefore be dismissed without prejudice.

2.  If Webster wants to pursue this case, then he must pay $402 (the filing and administrative fees) and file a motion to reopen the case by 12 May 2022.  An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 April 2022