IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                                                    PLAINTIFF

v.                                      No. 3:22-cv-00083-DPM

DOE, Managing Editor,
Ops Director, KAIT TV, Channel 8                                                DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

13 April 2022